JEROME L. BARON, Appellant, *v.* M. LOWENSTEIN & SONS, INC., Respondent.

Argued October 17, 1949; decided November 17, 1949.

*Donald L. Newborg* and *Charles H. Meyer* for appellant.

*Irving D. Lipkowitz* and *William Hughes Lewis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.